**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DANNY O. MONAHAN, JR,

    Plaintiff,

v.                                                                  CASE NO: 16-13026-DT

COMMISSIONER OF SOCIAL SECURITY

    Defendant.

_____/

## **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter was referred to United States Magistrate Judge R. Steven Whalen pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1. The magistrate judge issued his report on August 22, 2017, recommending that Plaintiff's Motion for Summary Judgment be denied and Defendant's Motion for Summary Judgment be granted. No objections have been filed pursuant to 28 U.S.C. 636(b)(1)(C).

Having reviewed the file and the report, the court concludes that the findings and conclusions of the Magistrate Judge are correct and ADOPTS the same for purposes of this Order.

IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Plaintiff's Motion for Summary Judgment [Dkt 19] be DENIED and that Defendant's Motion for Summary Judgment [Dkt 25] be GRANTED.

IT IS SO ORDERED.

                                                                    S/Robert H. Cleland
                                                                      ROBERT H. CLELAND
                                                                      UNITED STATES DISTRICT JUDGE

Dated: September 19, 2017


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 19, 2017, by electronic and/or ordinary mail.

                                                S/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (810) 292-6522